**Appeal Dismissed and Memorandum Opinion filed November 17, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00257-CV

_____

## HUGH FORREST, Appellant

### V.

## TECHNICAL AND GENERAL GUARANTY CO., S.A., Appellee

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-10725**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 1, 2013. On June 4, 2014, this court abated the appeal because appellee petitioned for voluntary bankruptcy in the First Court of Geneva, Switzerland. *See* Tex. R. App. P. 8.2. Since the abatement, neither party has sought reinstatement or otherwise advised this court of the status of the bankruptcy proceeding.

Therefore, on October 15, 2015, this court issued an order stating that unless any party to the appeal filed a motion demonstrating good cause to retain the

appeal within twenty days of the date of the order, this appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). No response was filed.

Accordingly, we reinstate the appeal and order it dismissed.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.